UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSE ARGUETA,<br><br>　　　　　　Plaintiff,<br>　v.<br>BANK OF AMERICA, N.A., et al.,<br><br>　　　　　　Defendants. | Case No. 2:15-cv-02254-RFB-PAL<br><br>ORDER |

This matter is before the court's review of the docket in this case. Plaintiff Jose Argueta ("Argueta") filed the complaint in state court, and Defendants removed (Dkt. #1) the case to this court November 30, 2015. Defendants filed a Motion to Dismiss February 1, 2016. Canon 3C(1)(c) of the Code of Conduct for United States Judges and 28 U.S.C. § 455(b)(4) require the court to screen cases for financial disqualification or other financial matters that may call for a judge's recusal. Accordingly, Argueta shall file a notice with the court disclosing all persons, associations of persons, firms, partnerships or corporations (including parent corporations) that have a direct, pecuniary interest in the outcome of the case. If there are no known interested parties other than those participating in the case, a statement to that effect must be filed. Additionally, Argueta must promptly file a supplemental notice upon any change in the information contained in the notice.

Accordingly,

**IT IS ORDERED** that Argueta shall file a notice with the court disclosing all persons, associations of persons, firms, partnerships or corporations (including parent corporations) that have a direct, pecuniary interest in the outcome of the case **no later than March 17, 2016.**

/ / /

/ / /

1

1 Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 25th day of February, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE