UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSE ARGUETA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BANK OF AMERICA N.A., *et. al*,<br><br>　　　　　　　Defendants. | Case No.: 2:15-cv-02254-RFB-PAL<br><br>**ORDER** |

　　　Before the Court for consideration is the Report and Recommendation of the Honorable Peggy A. Leen, United States Magistrate Judge, entered May 9, 2016. ECF No. 23.

　　　A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985).

Under Local Rule IB 3-2(a), objections to the Report and Recommendation were due by May 26, 2016. No objections have been filed.

The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendation's that all claims be dismissed. In sum, Argueta has failed to: file a notice with the court disclosing all persons, associations of persons, firms, partnerships or corporations (including parent corporations) that have a direct, pecuniary interest in the outcome of the case pursuant to the Court's Order on February 26, 2016 by May 31, 2016 (ECF No. 15); respond to the Court's Order to Show Cause (ECF No. 29); or respond to Defendants' Motion to Dismiss (ECF No. 10). Therefore, the Court adopts Judge Leen's Report and Recommendation and dismisses Argueta's case.

## **ORDER**

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 23) is ACCEPTED and ADOPTED in full;

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss (ECF No. 10) is GRANTED; and

**IT IS FURTHER ORDERED** that this case is dismissed. The Clerk of the Court is instructed to close this case.

DATED this 15th day of August, 2016.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**